The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR12-5390 BHS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PROTECTIVE ORDER |
| | ) | |
| TINA LONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having considered the government's Consent Motion for a Protective Order, hereby finds as follows:

1.      The government, in response to a defense request, subpoenaed patient records from Morton General Hospital in the above-captioned case.

2.      These patient records are sensitive, and they include financial, medical, and personal information that should not be disclosed to third parties who are not a party to this litigation.

IT IS  THEREFORE  HEREBY ORDERED that the patient records (Bates-stamped TL_00141-TL_04156) shall be produced unredacted to the defense.  The defendant (to include defense counsel, its staff, and defense-retained experts) may use these documents only for purposes of the criminal litigation, and may not disclose them to

CONSENT MOTION FOR PROTECTIVE ORDER/LONG - 1
Case No. CR12-5390 BHS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    non-parties who are not members of the defense.

2           IT IS FURTHER ORDERED that the defendant not file any patient files with the

3    Court or reproduce their contents in any court filing unless the document or filing is

4    placed under seal or all information that would identify the patient has been removed.

5           IT IS FURTHER ORDERED that any additional patient records that are deemed

6    confidential by the government shall be subject this Protective Order.

7           IT IS FURTHER ORDERED that defense counsel confirm in writing with the

8    government that, 90 days following the final conclusion of this litigation, the patient

9    records, and any records identifying the patients, be destroyed.

10          DONE this 29th day of January, 2013.

11

12

13

14          _____

15          BENJAMIN H. SETTLE
            United States District Judge

16

17

18

19   Presented by:

20   s/   Jerrod Patterson
     Assistant United States Attorney

21

22

23

24

25

26

27

28

CONSENT MOTION FOR PROTECTIVE ORDER/LONG - 2
Case No. CR12-5390 BHS